1   RENATA ORTIZ BLOOM (SBN: 254377)
    rbloom@grsm.com
2   TIMOTHY K. BRANSON (SBN: 187242)
    tbranson@grsm.com
3   **GORDON REES SCULLY**
    **MANSUKHANI, LLP**
4   101 W. Broadway, Suite 2000
    San Diego, CA 92101
5   Telephone: (619) 696-6700
    Facsimile:  (619) 696-7124
6
    Attorneys for Defendant,
7   DEXCOM, INC.

8               UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  TAYLOR DALORA, individually and )<br>on behalf of all others similarly )<br>11  situated, )<br>)<br>12                              Plaintiff, )<br>)<br>13            vs. )<br>)<br>14  DEXCOM, INC., )<br>)<br>15                              Defendant. )<br>)<br>16  )<br>)<br>17  _____ ) | Case No. 3:25-cv-03210-BJC-BLM<br><br>**NOTICE OF PARTY WITH**<br>**FINANCIAL INTEREST**<br><br>Complaint Filed: November 18, 2025 |

18        Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2,

19   the undersigned counsel of record for defendant Dexcom, Inc., certifies that

20   Dexcom, Inc., is a publicly traded company, does not have a parent corporation, and

21   no publicly held company owns 10% or more of its stock.

22   Dated:  January 9, 2026          GORDON REES SCULLY MANSUKHANI, LLP

23

24                                    By: *s/ Renata Ortiz Bloom*
                                          Renata Ortiz Bloom
25
                                          Attorney for Defendant
26                                        Dexcom, Inc.
                                          Email: rbloom@grsm.com
27

28

-1-